

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     J & J Container Manufacturing, Inc. v. Cintas- R. U.S., L.P.

Appellate case number:   01-14-00933-CV

Trial court case number:  1044425

Trial court:             County Civil Court at Law No 3 of Harris County

     Appellant's Motion to Extend Time to File Appellant's Brief is **GRANTED**.  Appellant's brief is due February 9, 2015.  Absent extraordinary circumstances, no further extensions will be considered.

     It is so ORDERED.


Judge's signature: __/s/_ Rebeca Huddle
               X  Acting individually     ☐ Acting for the Court


Date:  January 22, 2015